■ CYNTHIA KOURIL, Appellant, v SLS RESIDENTIAL, INC., et al., Respondents. [942 NYS2d 815]—In an action, inter alia, to recover damages for personal injuries, the plaintiff appeals from so much of an order of the Supreme Court, Nassau County (Murphy, J.), entered December 29, 2010, as denied her motion for a protective order pursuant to CPLR 3103 (a).

Ordered that the order is affirmed insofar as appealed from, with one bill of costs to the respondents appearing separately and filing separate briefs.

Under the circumstances presented, the Supreme Court

providently exercised its discretion in denying the plaintiff's motion for a protective order pursuant to CPLR 3103 (a). Florio, J.P., Lott, Sgroi and Miller, JJ., concur. **[Prior Case History: 2010 NY Slip Op 33583(U).]**